AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **PATRICIO TORNEZ-SOLANO,** | ) | Case No.    1:26-mj-52 (DJS) |
| | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of February 23, 2026, in the county of Saratoga in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal reentry of alien |

This criminal complaint is based on these facts:

See Affidavit

☐    Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Joseph Kochanskyj
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date:    3/9/26

_____
*Judge's signature*

City and State:    Albany, New York          Hon. Daniel J. Stewart, U.S. Magistrate Judge
_____
*Printed name and title*

1:26mj52

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Joseph Kochanskyj, being duly sworn, do hereby depose and state as follows:

1.      On November 8, 2001, Patricio Tornez-Solano, a citizen of Mexico and an alien, was arrested by the Immigration and Naturalization Service in Cranston, Rhode Island.  Tornez-Solano was released on his recognizance.  On March 22, 2002, Tornez-Solano failed to appear for his removal hearing in immigration court in Boston, Massachusetts, and was ordered deported *in absentia*.  On December 10, 2006, Tornez-Solano voluntarily departed the United States to Mexico.

2.      On October 5, 2016, Tornez-Solano was arrested by the United States Border Patrol near Santa Teresa, New Mexico.  On October 6, 2016, Tornez-Solano was deported to Mexico.

3.      On February 23, 2026, Tornez-Solano was arrested by the Saratoga Springs Police Department (SSPD) in Saratoga County, New York, for driving while intoxicated.  SSPD confirmed Tornez-Solano's identity and he was fingerprinted and photographed.  Tornez-Solano's fingerprints were electronically submitted to a law enforcement database and were an exact match to the fingerprints on file from his previous immigration arrests.  The SSPD booking photograph matches photographs of Tornez-Solano taken during his previous immigration arrests.

4.      Record checks by the Department of Homeland Security show that Tornez-Solano has not obtained the express consent of the Attorney General of the United States or her successor, the Secretary of Homeland Security, to reapply for admission to the United States.

5.      Based on the foregoing, there is probable cause to believe that on February 23, 2026, while in Saratoga County, New York, the defendant violated 8 U.S.C. § 1326(a), which prohibits an alien who has been denied admission, excluded, deported, or removed, or has

departed the United States while an order of exclusion, deportation, or removal is outstanding, from entering or being found in the United States unless the Attorney General of the United States, or her successor, the Secretary of Homeland Security, has expressly consented to his reapplication for admission to the United States.

Attested to by the affiant,

Joseph Kochanskyj
Special Agent, Homeland Security
Investigations

I, the Honorable Daniel J. Stewart, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by videoconference on March 9, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Daniel J. Stewart
United States Magistrate Judge

2